FORM OSWD8 (09/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Adam Beauford Foltz**<br>11763 Sequanota Heights Dr.<br>Charlevoix, MI 49720<br>SSN: xxx–xx–5157<br>**Sarah Anne Foltz**<br>11763 Sequanota Heights Dr.<br>Charlevoix, MI 49720<br>SSN: xxx–xx–0951<br><br>**Debtor(s)** | **Case Number 11–04968–swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |

# ORDER APPROVING REAFFIRMATION AGREEMENT
# WITH CAPITAL ONE AUTO FINANCE

At a session of the Court, held in and for this District on July 20, 2011 .

PRESENT: Honorable Scott W. Dales
United States Bankruptcy Judge

   This case comes before this court upon the Debtor's(s') motion to approve a proposed reaffirmation agreement with Capital One Auto Finance regarding a claim secured by a 2008 Ford Truck . The court reviewed the agreement, held a hearing on July 20, 2011 , and determined that the reaffirmation agreement meets the requirements of 11 U.S.C. § 524(c).

   NOW, THEREFORE, IT IS HEREBY ORDERED that the Debtor's(s') motion for approval of the reaffirmation agreement with Capital One Auto Finance is APPROVED.

   IT IS FURTHER ORDERED that the Clerk is directed to serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005–4 upon the debtor(s), attorney for the debtor(s), Chapter 7 Trustee, creditor and the attorney for the creditor (if applicable).

**Dated:** July 20, 2011

/S/_____
Scott W. Dales
United States Bankruptcy Judge